DREIER STEIN KAHAN
BROWNE WOODS GEORGE LLP
Eric M. George (State Bar No. 166403)
egeorge@bwgfirm.com
Michael A. Bowse (State Bar No. 189659)
mbowse@bwgfirm.com
450 North Roxbury Drive, Seventh Floor
Beverly Hills, California 90210-4231
Tel. (310) 274-7100 / Fax (310) 275-5697

Jeffrey K. Berns, Esq. (State Bar No. 131351)
jberns@jeffbernslaw.com
LAW OFFICES OF JEFFREY K. BERNS
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Tel. (818) 961-2000 / Fax: (818) 867-4820

Attorneys for Plaintiffs, Nick N. Vang and Ger Ct. Moua,
on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK N. VANG and GER CT. MOUA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HOME LOAN FUNDING, INC.; and DOES 1 through 200, inclusive,<br><br>　　　　　Defendants. | Case No. 07-CV-01454-AWI-GSA<br>Assigned to Hon. Anthony W. Ishii<br><br>**ORDER EXTENDING DEADLINE FOR RESPONDING TO COMPLAINT** |

　　　　Having received and considered the stipulation by the parties, and good cause appearing, the Court hereby orders as follows:

　　　　Defendant Home Loan Funding, Inc., shall have until and including

///

///

///

#202871v1

-1-

ORDER EXTENDING DEADLINE FOR RESPONDING TO COMPLAINT

March 31, 2008 to answer or otherwise respond to plaintiffs' complaint in the above-entitled action.

IT IS SO ORDERED.

Dated:   February 4, 2008               /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE