IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK N. VANG and GER CT. MOUA, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>HOME LOAN FUNDING, INC., and DOES 1 through 200, Inclusive,<br><br>            Defendants. | NO: 1:07-CV01454-AWI-GSA<br><br>ORDER VACATING DECEMBER 15, 2008 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendants' motion for 90-day stay of this action has been set for hearing in this case on December 15, 2008.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 15, 2008, is VACATED, and the parties shall not appear at that time.  As of December 15, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     December 9, 2008                                /s/ Anthony W. Ishii
                                                                     CHIEF UNITED STATES DISTRICT JUDGE