1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK N. VANG and GER CT. MOUA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>HOME LOAN FUNDING, INC.; and ONEWEST BANK, F.S.B.,<br><br>                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-CV-01454-AWI-GSA<br><br><br><br>ORDER EXTENDING DEADLINE FOR RESPONDING TO THE THIRD AMENDED CLASS ACTION COMPLAINT<br><br>(Doc. 95) |

Having received and considered the stipulation filed by Defendant OneWest Bank, F.S.B. ("OneWest") and Plaintiffs Nick N. Vang and Ger Ct. Moua ("Plaintiffs") on October 6, 2009, and good cause appearing, the Court hereby orders as follows:

Defendant OneWest shall have until and including October 22, 2009, to answer or otherwise respond to Plaintiffs' Third Amended Class Action Complaint in the above-entitled action.

IT IS SO ORDERED.

Dated:   **October 13, 2009**                **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE