1

2

3

4

5

6

7       **IN THE UNITED STATES DISTRICT COURT FOR THE**

8              **EASTERN DISTRICT OF CALIFORNIA**

9

10  | NICK N. VANG and GER CT. MOUA,                )        NO. 1:07-CV-01454-AWI-GSA
    | individually and on behalf of all others     )
11  | similarly situated,                           )        ORDER ON VOLUNTARY
    |                                               )        REQUEST FOR DISMISSAL
12  |                        Plaintiffs,            )        WITHOUT PREJUDICE OF
    |                                               )        DEFENDANT IMB HOLDCO LLC
13  |            v.                                 )
    |                                               )        [Document # *103*]
14  | HOME LOAN FUNDING, INC. ONE                   )
    | WEST BANK, F.S.B., and IMB HOLDCO             )
15  | LLC,                                          )
    |                                               )
16  |                        Defendants.            )
    | _____        )

17

18
          On November 9, 2009, Plaintiffs filed a stipulation of dismissal of dismissal without
19
    prejudice of Defendant IMB HOLDCO LLC only, pursuant to Rule 41(a)(1)(ii).
20
          Rule 41(a)(1), in relevant part, reads:
21
          an action may be dismissed by the plaintiff without order of court (i) by filing a
22        notice of dismissal at any time before service by the adverse party of an answer or
          of a motion for summary judgment, whichever first occurs, or (ii) by filing a
23        stipulation of dismissal signed by all parties who have appeared in the action.
          Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is
24        without prejudice, except that a notice of dismissal operates as an adjudication
          upon the merits when filed by a plaintiff who has once dismissed in any court of
25        the United States or of any state an action based on or including the same claim.

26  Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily after service of an

27  answer by filing a written stipulation to dismiss signed by all of the parties, although an oral

28  stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d

1    1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the

2    stipulation between the parties who have appeared is properly filed or made in open court, no

3    order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782

4    F.2d at 1473 n.4.  "Caselaw concerning stipulated dismissals under Rule 41(a) (1) (ii) is clear

5    that the entry of such a stipulation of dismissal is effective automatically and does not require

6    judicial approval."  <u>In re Wolf</u>, 842 F.2d 464, 466 (D.C. Cir. 1989); <u>Gardiner v. A.H. Robins Co.</u>,

7    747 F.2d 1180, 1189 (8th Cir. 1984); <u>see also</u> <u>Gambale v. Deutsche Bank AG</u>, 377 F.3d 133, 139

8    (2d Cir. 2004); <u>Commercial Space Mgmt. Co. v. Boeing Co.</u>, 193 F.3d 1074, 1077 (9th Cir.

9    1999) <u>cf</u>. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997) (addressing 41(a)(1)(i)).

10   "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a

11   Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants

12   who are the subjects of the notice."  <u>Wilson</u>, 111 F.3d at 692; <u>Concha v. London</u>, 62 F.3d 1493,

13   1506 (9th Cir. 1995).

14        Because Plaintiffs have filed a voluntary dismissal under Rule 41(a)(1)(ii) as to only

15   Defendant IMB HOLDCO LLC, this case has terminated as to IMB HOLDCO LLC, only.  <u>See</u>

16   Fed. R. Civ. Pro. 41(a)(1)(ii); <u>In re Wolf</u>, 842 F.2d at 466; <u>Gardiner</u>, 747 F.2d at 1189; <u>see also</u>

17   <u>Gambale</u>, 377 F.3d at 139; <u>Commercial Space Mgmt</u>, 193 F.3d at 1077; <u>cf</u>. <u>Wilson</u>, 111 F.3d at

18   692.

19        Therefore, IT IS HEREBY ORDERED that IMB HOLDCO LLC, is DISMISSED from

20   this case without prejudice in light of the parties's filed and properly signed Rule 41(a)(1)

21   voluntary dismissal.

22

23   IT IS SO ORDERED.

24   **Dated:   November 15, 2009**            /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28                                      2