**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK N. VANG and GER CT. MOUA, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>HOME LOAN FUNDING, INC., ONE WEST BANK, FSB, and IMD HOLD CO., LLC.,<br><br>          Defendants. | NO. 1:07-CV-01454-AWI-GSA<br><br>ORDER VACATING DECEMBER 7, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendant OneWest Bank, FSB's motion to dismiss has been set for hearing in this case on December 7, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 7, 2009, is VACATED, and the parties shall not appear at that time. As of December 7, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **December 3, 2009**              /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE